FILED
RICHARD W. NAGEL
CLERK OF COURT

15 OCT -7 PM 12: 34

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. **1:15CR- 108** |
| | : | INDICTMENT |
| | : | **J. BARRETT** |
| V. | : | 18 U.S.C. § 2422(a) |
| | : | 18 U.S.C. § 2422(b) |
| BRYAN HARRIS | : | FORFEITURE |

The Grand Jury charges that:

### COUNT 1
### (Coercion and Enticement)

Between October 23, 2014 and February 3, 2015, in the Southern District of Ohio, the defendant **BRYAN HARRIS**, did knowingly persuade, induce, entice and coerce any individual to travel in interstate and foreign commerce to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense.

**In violation of Title 18, United States Code, Section 2422(a).**

### COUNT 2
### (Coercion and Enticement)

Between October 23, 2014 and February 3, 2015, in the Southern District of Ohio, the defendant **BRYAN HARRIS**, did use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice and coerce any individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with an offense.

**In violation of Title 18, United States Code, Section 2422(b).**

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States the defendant's interest in:

1. All property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses; and

2. All property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense.

**All pursuant to 18 U.S.C. §2428.**

A TRUE BILL

/s/
_____
**GRAND JURY FOREPERSON**

**CARTER M. STEWART**
**UNITED STATES ATTORNEY**

*Emily N. Glatfelter*
_____
**EMILY N. GLATFELTER**
**CINCINNATI BRANCH CHIEF**