Dear Judge Barrett,

This will be my second letter I wrote to you. I'm hoping you recieved the first letter over my concerns. I'll keep this short. I am asking for compassionate release. The jail is mentaly draining me. I am basicaly just rotting in here. I want to go back to working and getting the right help. I have a great job, my employeer deeply wants me back. If you remember reading my supervisor's letter he explained how much I am worth to them. My bills are piling up and its making me worry more. I just bought my home last year and my car two years before that. I'm afraid of losing both. My mother is helping me out but I want to make things right. Being stuck in jail for the next

three to four months will be hard on me and my family. My mother plans on writing you as well. I know and understand I made mistakes. I want to be productive and a member of society. Honestly this place is making me sick. I miss my coworkers, friends and family. I know how hard it is to find a home, get a good job, have support and feel loved. Please alow me to get back on my feet and keep doing better. Outside this jail I know I will have the Love and support to guide me on the right path. I'm not able to do much in this jail. Judge Barrett its making me ill mentaly and physicaly. Please consider my request. Thank you

Sincerly, Bryan Scott Harris

Bryan Harris
705 Hanover St.
Hamilton, OH 45011



CINCINNATI OH 450
21 NOV 2023 PM 5 L

Michael R. Barrett

100 E 5th Street #103
Cincinnati, OH 45202

45202-391128